# UNITED STATES DISTRICT COURT
### for the
<_____> DISTRICT OF MASSACHUSETTS_____>

| | |
|---|---|
| George E. Kersey, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Herb Chambers 1186, Inc; and )<br>American Honda Finance Corporation, )<br>)<br>Defendants ) | Civil Action No. |

**COMPLAINT FOR SEEKING IMPROPER PAYMENT FOR PUCHASED VEHICLE; IMPROPER ATTEMPTS TO REPOSSES PURCHASED VEHICLE; AND PUNITIVE DAMAGES AND JURY DEMAND**

1.  <Statement of Jurisdiction.

    <*a. For diversity-of-citizenship jurisdiction.*>

    The defendant HERB CHAMBERS 1186, INC ("Chambers") is located at **HERB CHAMBERS HONDA-INFINITI, 1186-1198 COMMONWEALTH AVENUE, BOSTON, MA 01234"**. Name and address of the Registered Agent: CT CORPORATION SYSTEM, Address: 155 FEDERAL STREET STE 700, BOSTON, MA 02110 USA

    The Defendant Corporation, ;AMERICAN HONDA FINANCE CORPORATION (" AHFC") is a Foreign Corporation, with identification Number: 953472715, Registered in Massachusetts: 06-13-1986, organized under the laws of: State: CA Country: USA on: 02-06-1980; Principal Office ;Address: 20800 MADRONA AVE.,TORRANCE, CA 90503 USA Name and address of the Registered Agent: CT CORPORATION SYSTEM, Address: 155 FEDERAL STREET STE 700, BOSTON, MA 02110 USA

The defendant HERB CHAMBERS 1186, INC ("Chambers") is also located at 1189 Commonwealth . Boston, Massachusetts 02115 andhas been known as HERB CHAMBERS 1189, INC.

The plaintiff, George Kersey ("Kersey"), receives mail at P.O. Box 1073, Framingham, Massachusetts 01701 and is a Citizen of Rhode Island.

The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332 BECAUSE OF THE REQUEST FOR PUNITIVE DAMAGES.

<b. For federal-question jurisdiction.>

The defendant AHFC, allegedly acting under a lease, but is neither a lessor or lessee, is engaged in mail fraud by seeking. through the United States mail of payment for attempts to illegally repossess Kersey's vehicle. Under the Constitution of the United States this is a Jury case where the amount in controversy exceeds $20

**Statement of complaint**

<(a) On Contract>

2. On December 13, 2016, the plaintiff, Kersey, signed a contract with defendant Chambers for the purchase of a 2013 Honda Civic, Vehicle Identification Number 2HGFB2F58DH578885. Payment for the purchase was to be made monthly by a lease payment. Copy of the Contract is attached as Exhibit 1. The vehicle is registered in Rhode Island.

3. Kersey made regular monthly payments until one of his payments was late and defendant AHFC, who is not a lessee sought improperly to repossess the vehicle that Kersey had purchased from Chambers. This action was in violation of Rhode Island General Law 6-51, Sec. 6-51-3 which requires special notice before repossession can take place. No such notice was given to Kersey, but Kersey was given an improper charge by AHFC against his account for the improper

attempt to reposses the vehicle. AHFC is neither a lessor or lessee.

4. Kersey continued to make monthly payments despite the fact that AHFC continued to engage in abuse of process because it is neither the lessor or lessee of the lease agreement, which is subject to the purchase agreement with Chambers AHFC improperly claimed that Kersey owed for the improper charge for the improper repossession event.

5. Under the Purchase Contract Kersey is obligated to make 36 monthly payments beginning about January 2014. About May of 2014 Kersey was behind in his payments, but caught up and made 3 monthly payments on about May 14, 2014. Nevertheless, AHFC decided to repossess the vehicle, purchased from Chambers, presumably because of late payment, but made the attempt as an abuse of process and in violation of Rhode Island Law. Even though the repossession did not take place, Kersey was improperly charged a $105 "Repo Bill". This improper charge has been carried forward to every billing to Kersey since 2014, but Kersey continued to make regular payments in accordance with the purchase contract with Chambers.

6. Since the payment requirement of the purchase contract wioth Chambers came to an end about the end of 2016, Kersey attempted to resolve the matter of the Repo Bill, but was unsuccessful, and as a result AHFC allegedly cancelled the lease agreement with Kersey. and made a number of illegal attempts to repossess Kersey's vehicle, each time making an improper Repo Bill charge of $105.

7. In addition AHFC contends that since Kersey's lease has ended, ignoring the fact that Kersey has purchase the vehicle and was attempting to pay the consideration required under the contract with Chambers, AHFC claims that Kersey needs to the full purchase price for the vehicle in significant excess of the amount needed in the contract with Chambers, which Kersey believes is about $1200.

## Demand for Judgment

Therefore, the plaintiff demands judgment against the Defendants to be determined by a jury, plus interest and costs for the following offenses:

a..  Illegally attempting to repossess Kersey's vehicles on numerous occasions.

b.  Determining the amount actually owed to satisfy the Purchase Contract that Kersey has with the Defendants

c.  Providing Kersey with damages for the improper actions of the Defendants

d.  Making a first improper Repo Charge of $105.

e.  Making a second improper Repo Charge of $105.

f  Making a third improper Repo Charge of $105.

g.  Making a fourth improper Repo Charge of $105.

h.  Making a fifth improper Repo Charge of $105..

i.  Engaging in abuse of process by purporting to act under a lease when the actor was neither the lessor or a lessee

Kersey demands monetary damages in the amount of $10,000, and punitive damages in the amount of $1,000.000.

## Jury Demand

**Plaintiff Kersey demands a trial by jury on all issues so triable**

Date: May 24, 2018                    <Signature of Plaintiff>

*/s/ George E. Kersey*
<Printed name> George E. Kersey
<Address> P.O. Box 1073,
Framingham, MA 01701
<E-mail address> euclidgk@yahoo.com
<Telephone number>518-966-9690